JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXCHEM ADVANCED PRODUCTS, INC. SDN. BHD<br><br>               Plaintiff,<br><br>   v.<br><br>E.PAK INTERNATIONAL, INC.<br><br>               Defendant. | Case No. EDCV 12-1341-JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    In accordance with the Court's previous orders in this matter and its Findings of Fact and Conclusions of Law entered on January 13, 2015, the Court orders that judgment be entered in Plaintiff's favor.

    IT IS SO ORDERED.

Dated: February 3, 2015          _____
                                            Jesus G. Bernal
                                   United States District Judge